# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RAEVON PARKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:20-cv-00276-SRB ) |
| JOHN PICKENS, et al., | ) ) |
| Defendants. | ) ) ) |

**ORDER**

On February 25, 2020, *pro se* Plaintiff Raevon Parker filed a motion to proceed *in forma pauperis* and a proposed Complaint in the United States District Court for the Eastern District of Missouri. The Complaint alleges civil rights violations against four Kansas City police officers for unlawful search and seizure, unlawful arrest, and due process violations. Given that the alleged unlawful arrest occurred in Kansas City and the four Defendants are Kansas City police officers, the case was transferred to this Court pursuant to 28 U.S.C. § 1406(a). The case was docketed in the Western District of Missouri on April 8, 2020.

In the transfer order, the transferor court "provisionally granted" the motion to proceed *in forma pauperis*. (Doc. #3, p. 1). Pursuant to 28 U.S.C. § 1915(a)(1), this Court may authorize the commencement of any suit without prepayment of fees when an applicant files an affidavit indicating that he is unable to pay the costs of the lawsuit. "Under [§ 1915], the decision whether to grant or deny in forma pauperis status is within the sound discretion of the trial court." *Cross v. Gen. Motors Corp.*, 721 F.2d 1152, 1157 (8th Cir. 1983) (citations omitted). Generally, this showing of poverty is satisfied if the applicant would be forced to give up the basic necessities of life if required to pay the costs of the lawsuit. *Adkins v. E.I. Du Pont De*

*Nemours & Co.*, 335 U.S. 331, 339 (1948). This Court agrees with the transferor court's finding that Plaintiff qualifies to proceed *in forma pauperis*.

Pursuant to § 1915(e)(2), the Court is also required to conduct an initial review of a complaint to be filed *in forma pauperis*. In relevant part, the statute provides that "the court shall dismiss the case at any time if the court determines . . . (B) the action . . . (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). Upon review of Plaintiff's Complaint at this very early stage in the proceeding, the Court finds sufficiently detailed allegations to justify granting Plaintiff's application to proceed without payment of fees.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff is granted leave to proceed *in forma pauperis*.
2. The Clerk of the Court is directed to forward appropriate process forms to Plaintiff.
3. Within twenty (20) days Plaintiff shall return the completed summons and service forms to the Clerk's office showing the address where Defendants may be served in accordance with Federal Rule of Civil Procedure 4.
4. Upon receipt of the completed summons and service forms, the Clerk of the Court is directed to issue appropriate summons as authorized by Federal Rule of Civil Procedure 4, and deliver the summons, the Complaint, and a copy of this order to the United States Marshal for service of process.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: April 20, 2020